**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

In the Matter of:

                                 CHAPTER 13 PROCEEDINGS
RONNIE BOGGS                    CASE NUMBER: 05-21929
                                 HON: DANIEL S OPPERMAN

                Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

      Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $282.66 for deposits in the U. S. Registry as evidenced by the attached Check No. 265292 made payable to U.S. Bankruptcy Court.

      The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution from September 30, 2010 on behalf of the following debtor:

Sept 30, 2010   $282.66   debtor refund

      Case Dismissed March 24, 2006 and employer sent payroll deduction September 2010 and not able to locate debtor, employer not able to provide debtor address.

Date: May 30, 2011                              /s/ Thomas W McDonald
                                                  Thomas W McDonald, Jr.
                                                  Chapter 13 Trustee
                                                  3144 Davenport Ave
                                                  Saginaw Mi 48602
                                                  Telephone (989) 792-6766
                                                  ecf@mcdonald13.org